| | |
|---|---|
| KEVIN V. RYAN (CABN 118321)<br>United States Attorney | **CHAMBERS COPY** |
| MARK L. KROTOSKI (CABN 139549)<br>Chief, Criminal Division | *E-filed 9/28/06* |
| CARLOS SINGH (PASBN 50581)<br>Assistant United States Attorney | **E-Filing** |
| Attorney for Plaintiff<br>United States of America | |
| 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5065<br>Fax: (408) 535-5066<br>E-Mail: carlos.singh@usdoj.gov | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELAIN PONCE DE LEON,<br><br>Defendant | No. CR 06-00575-JW<br><br>APPLICATION FOR SUMMONS AND ORDER<br><br>Before: Hon. Howard R. Lloyd |

The government hereby applies for a summons requiring the defendant to appear in federal court for arraignment on a criminal indictment.

On August 23, 2006, a grand jury returned an indictment charging the defendant with bank fraud in violation of 18 U.S.C. § 1344, and embezzlement of a mortgage institution in violation of 18 U.S.C. § 657. The clerk of court issued a summons notifying the defendant to appear in court on September 21, 2006.

At the September 21 hearing, the government advised the court that the U.S. Marshal Service attempted to serve the summons but learned that the defendant had moved. The FBI case

///

///

APPLICATION FOR SUMMONS
AND ORDER                                1

1 | agent has informed undersigned counsel that the defendant now resides at the following address:

> 4636 Moorepark Avenue
> San Jose, CA 95129

The government requests the issuance of summons requiring the defendant to appear on October 19, 2006 at 9:30am for arraignment before Magistrate Judge Richard Seeborg.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/S/

September 26, 2006

CARLOS SINGH
Assistant United States Attorney

## ORDER

Upon consideration of the government's application,

IT IS HEREBY ORDERED that the clerk of court shall issue a summons for the defendant to appear for arraignment on the criminal indictment on October 19, 2006 at 9:30am before Magistrate Judge Richard Seeborg.

September 28, 2006

HOWARD R. LLOYD
United States Magistrate Judge

APPLICATION FOR SUMMONS
AND ORDER                                        2