KEVIN V. RYAN (CASBN 118321)
United States Attorney
MARK L. KROTOWSKI (CASBN 138549)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorneys for Plaintiff

150 Almaden Blvd., Suite 900
San Jose, California 95113-3081
Telephone: (408) 535-5065
Fax: (408) 535-5066
E-mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ELAIN PONCE DE LEON,<br><br>          Defendant. | No. CR 06-00575-JW<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS HEARING |

The parties stipulate to a continuance of the November 20, 2006 status hearing to December 11, 2006, at 1:30pm as the government needs the additional time to provide discovery, and the defense needs the additional time to conduct investigation and effectively prepare its case. The parties stipulate to an exclusion of time from November 20, 2006 to December 11, 2006, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B) (disclose discovery, effective defense preparation, and interest of justice).

_____/S/_____
JANET MEZTGER, Esq.
Counsel for Elain Ponce de Leon

Nov. 20, 2006

**SO ORDERED.**

Nov. 20, 2006

_____/S/_____
CARLOS  SINGH
Counsel for the Government

Nov. 20, 2006

_____
JAMES WARE
United States District Judge