KEVIN V. RYAN (CASBN 118321)
United States Attorney
MARK L. KROTOWSKI (CASBN 138549)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorneys for Plaintiff

    150 Almaden Blvd., Suite 900
    San Jose, California 95113-3081
    Telephone: (408) 535-5065
    Fax: (408) 535-5066
    E-mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00575-JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| ELAIN PONCE DE LEON, | ) | |
| Defendant. | ) | |

The parties stipulated to a continuance of the December 11, 2006 status hearing to January 22, 2007, at 1:30pm; the defense needs the additional time to effectively prepare as it is still reviewing the discovery and tendered draft plea agreement. The parties stipulated to an exclusion of time from December 11, 2006 to January 22, 2007, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B) (effective defense preparation, and interest of justice).

_____/S/_____   _____/S/_____
JANET MEZTGER, Esq.            CARLOS SINGH
Counsel for Elain Ponce de Leon   Counsel for the Government

Dec. 11, 2006                   Dec. 11, 2006

**SO ORDERED.**

Dec. _15_, 2006

_____
JAMES WARE
United States District Judge