## PROPOSED ORDER/COVER SHEET

| | |
|---|---|
| **TO:** Honorable Patricia Trumbull<br>U.S. Magistrate Judge | **RE:** Elain PonceDeLeon |
| **FROM:** Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** CR 06-00575 JW |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                               408-535-5222
                                           **TELEPHONE NUMBER**

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on 1/4/07 at 11:00 AM.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A. The defendant shall maintain employment or if unemployed shall seek and maintain verifiable employment;

B. The defendant is not permitted to work in a fiduciary capacity.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____
_____

_Patricia V. Trumbull_                    1/2/07
**JUDICIAL OFFICER**                      **DATE**

Cover Sheet (12/03/02)