| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321) |
| | United States Attorney |
| 2 | MARK L. KROTOWSKI (CASBN 138549) |
| | Chief, Criminal Division |
| 3 | CARLOS SINGH (PASBN 50581) |
| | Assistant United States Attorney |

Attorneys for Plaintiff

150 Almaden Blvd., Suite 900
San Jose, California 95113-3081
Telephone: (408) 535-5065
Fax: (408) 535-5066
E-mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00575-JW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| ELAIN PONCE DE LEON, | |
| Defendant. | |

The parties stipulated to a continuance of the February 12, 2007 status hearing to March 5, 2007 at 1:30pm; the defense needs the additional time to effectively prepare for the final version of the draft plea agreement and fully explain provisions of the agreement to Ms. Ponce De Leon. The parties stipulated to an exclusion of time from February 12, 2007 to March 5, 2007, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B) (effective defense preparation, and interest of justice).

_____/S/_____          _____/S/_____
JANET MEZTGER, Esq.                   CARLOS  SINGH
Counsel for Elain Ponce de Leon       Counsel for the Government

Feb. 9, 2007                          Feb. 9, 2007

**SO ORDERED.**

Feb. _12_, 2007

_____
JAMES WARE
United States District Judge