1  JANET METZGER (SB# 153226)
   ATTORNEY AT LAW
2  403 Magee Avenue
   Mill Valley, CA 94941
3
   (415) 260-8467
4  Email: janetmetzger@sbcglobal.net

5  Attorney for Defendant ELAIN PONCE DE LEON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR-06-00575- JW |
|---|---|
| Plaintiff, vs. | APPLICATION AND ORDER PERMITTING TRAVEL OUTSIDE OF THE NORTHERN DISTRICT |
| ELAIN PONCE DE LEON, | |
| Defendant, | |

Defendant Elain Ponce DeLeon respectfully requests permission to travel to Anaheim, California with her husband on his business trip from April 20, 2007 through April 22, 2007. Ms. Ponce DeLeon has submitted her itinerary to Laura Weigel of Pre-Trial Services and has received preliminary approval of the itinerary from Ms. Weigel. In addition, the prosecutor in this matter, Carlos Singh, has no objection.

Respectfully submitted,

*Janet Metzger* (signature)

Janet Metzger
Attorney for Defendant ELAIN PONCE DELEON

1

1
2                                    ORDER
3
4
5        It is hereby ordered that defendant Elain Ponce De Leon is permitted to travel from
6  April 20, 2007-April 22, 2007 to Anaheim, California, according to the specifics of the submitted
7  itinerary of travel..
8
   4/18/07
9
10
11                                        *Patricia V. Trumbull*
                                          Magistrate Judge Patricia V. Trumbull
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26