## ~~PROPOSED~~ ORDER/COVER SHEET

TO: Honorable Patricia Trumbull
U.S. Magistrate Judge

RE: Elain PonceDeLeon

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR 06-00575 JW

DATE: 5/11/07

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel
U.S. Pretrial Services Officer

408-535-5230
TELEPHONE NUMBER

RE: Amended MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on 5/22/07 at 1:30 pm.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____
_____
_____

Patricia V. Trumbull
JUDICIAL OFFICER

5/11/07
DATE

Cover Sheet (12/03/02)