1  SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
2  MARK L. KROTOWSKI (CASBN 138549)
Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
Assistant United States Attorney
4
Attorneys for Plaintiff
5
    150 Almaden Blvd., Suite 900
6      San Jose, California 95113-3081
    Telephone: (408) 535-5065
7      Fax: (408) 535-5066
    E-mail: carlos.singh@usdoj.gov
8

DENIED
*James Ware*
Judge James Ware

6/22/2007

9     IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    No. CR 06-00575-JW
                )
12        Plaintiff,        )
                )    STIPULATION AND ORDER
    v.              )    CONTINUING SENTENCING HEARING
13                  )
ELAIN PONCE DE LEON,    )
14                  )
      Defendant.    )
15  _____)

16      The parties stipulated to a continuance of the June 18, 2007 sentencing hearing to July

17  23, 2007 at 1:30pm for the following reasons: the parties need the additional time to resolve

18  sentencing issues, one of which may require and amended change of plea hearing wherein the

19  defendant would plead guilty to a different charge in order to reflect the party's intentions and

20  meeting of the minds in resolving this matter.  The parties expect to resolve the sentencing issues

21  by July 23, 2007.

22

23  _____/S/_____    _____/S/_____
   JANET MEZTGER, Esq.       CARLOS  SINGH
   Counsel for Elain Ponce de Leon   Counsel for the Government
24
   June 21, 2007          June 21, 2007
25
   **SO ORDERED.** The request for continuance is denied.  The parties and defendant shall appear
26          on 6/25/2007 at 1:30 PM re Judgment and Sentencing.

27  June __22, 2007        _____
               JAMES WARE
28                 United States District Judge